

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-15-2013

# Fred Clayworth v. County of Luzerne

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-4593

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Fred Clayworth v. County of Luzerne" (2013). *2013 Decisions.* Paper 842.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/842

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 11-4593

———————

FRED CLAYWORTH, individually and as parent
and natural guardian of G.H.,

Appellant

v.

LUZERNE COUNTY, PENNSYLVANIA; LUZERNE COUNTY
CHILDREN & YOUTH SERVICES; FRANK CASTANO; JOSEPH KLOSS;
JOHN KOSLOSKI; TARA MCCUTCHEON; WILMA SNOPEK;
JOANNE VAN SAUN

Before:  FUENTES, HARDIMAN and ROTH, <u>Circuit Judges</u>

## **O R D E R**

The petition for rehearing filed by Appellant having been submitted to the judges
who participated in the decision of this court, it is hereby ORDERED that the petition for
panel rehearing is GRANTED.  The opinion and judgment filed February 5, 2013 is
hereby VACATED, and a new opinion and judgment will issue forthwith.


By the Court,


<u>/s/ JANE R. ROTH</u>
Circuit Judge


Dated:  May 15, 2013

Tnh/cc: All Counsel of Record